David A. DiMarzio
Clerk of Court

# UNITED STATES DISTRICT COURT
## District of Rhode Island

Paulette Dube
Chief Deputy

May 16, 2005

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Boston, Ma. 02109

Re: CR01-107L USA v. Balthazard/Souve

Dear Mr. Donovan:

With reference to the above appeal enclosed please find the notice of appeal and a certified copy of the docket.

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk

05-1742
6/7/05

David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette Dube
Chief Deputy

May 20, 2005

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Boston, Ma. 02109

Re: CR01-107L USA v. Balthazard/Souve

Dear Mr. Donovan:

With reference to the above appeal enclosed please find the record on appeal and a certified copy of the docket.

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk

MAY 2 3 2005

05-1741

6/7/05 M. [signature]

One Exchange Terrace • 119 Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 528-5100 • Fax: (401) 528-5112